# EXHIBIT D

# Exhibit D: List of Landowners

Donald L. Mixon
1303 Romig Road
Downingtown, PA 19335-3626

Willadean Ridley
1323 Rowland N E
Canton, OH 44705

Connie Smith
2607 Market Avenue N, Apt 107
Canton, OH 44714

Jamal Smith
*Address Unknown*

Nakia Smith
*Address Unknown*

Vicki Smith Wright
1544 Cherry Avenue SE
Canton, OH 44707

Patti Hudson Russell
3261 Carson NW
Massillon, OH 44647

Alicia Michelle Hudson
4156 West 49th
Cleveland OH 44144

Edward V Hudson
1723 Shawnee St SE
Massillon, OH 44646

Andrew A Monteiro, Jr
125 12th S.
Midland, PA 15059

Adell Neal
2168 Quail Ridge Dr
Nashville, TN 37207

Antonio Monteiro
100 Hilger St
Aliquippa, PA 15001

Melody Monteiro
1045 Saint George St
East Liverpool, OH 43920

Jeanne Porter King
430 E 162nd St, Apt 441
South Holland, IL 60473

Henry Joseph Porter
1207 Daventy Lane
Powell, OH 43065

Jocelyn Cowart
4863 Oak Knoll Dr
Boardman, OH 44512

Michael Hastings
4772 Hearthstone Trace
Stone Mountain, GA 30083

Linda Parson
936 Homewood Ave
East Liverpool, OH 43920

Larraine Crute
21 Parkplace North
Midland, PA 15059

Raymond Crute II
135 Fern Hollow Rd
Moon, PA 15108

Heidi Vanlier
*Address Unknown*

Hillary Vanlier
*Address Unknown*

Thomas David Vanlier
500 Beaver Ave, Apt 101
Midland, PA 15059

John Tavares
*Address Unknown*

Tianda Tavares
*Address Unknown*

Roslyn Stevenson
*Address Unknown*

Binky Harris
*Address Unknown*

Sheryl Vanlier
1100 Timberwood Dr
Beaver Fall,s PA 15010

Christine Vanlier
712 12th St, Apt 102
Beaver Falls, PA 15010

Forrest Kirby
*Address Unknown*

Sharice Moss
906 E Blackford Ave
Evansville, IN 47713

Betty L. Moss Darden
2511 Sunburst Blvd
Evansville, IN 47714

Brenda London
105 Suggs St, Apt C-5
Dickson, TN 37055

Rebecca Douglas
478 Cy Young Cove
LaVergne, TN 37055

Nina L. Moss
112 Villa Circle, Apt I
Dickson, TN 37055

Donald R. Moss, Jr.
*Address Unknown*

Marcus Moss
*Address Unknown*

Dione Horner
1214 Hortense Rd
Dickson, TN 37055

Patricia M. Moss
12097 Jojo Ct
Hampton, GA 30228

Annetta Springer
101 Suggs St, Apt. B
Dickson, TN 37055

Alice Faye Harris
101 Pond Rail Rd
Dickson, TN 37055

LaSonya Moss
105 Ellington Pl
Nashville, TN 37715

Stephanie Moss
210 Kathleen Ct
Clarksville, TN 37043

Michael Offutte
675 Harding Pl, Apt M-5
Nashville, TN 37211

Tamika Taylor
1090 Hortense Rd
Dickson, TN 37055

Jordan Scales
960 Blue Mountain Ln
Antioch, TN 37013

Troy Vanlier
4100 Retreat Rd
Louisville, KY 40219

Margaret Jarrett
3401 Clare Ave
Nashville, TN 37209

Tyrone Vanlier
3401 Clare Ave
Nashville, TN 37209

Betty Turner
4100 Retreat Rd
Louisville, KY 40219

James Vanlier
751 Algonquin Pkwy
Louisville, KY 40208

Shawn Vanlier
4100 Retreat Rd
Louisville, KY 40219

Territa Ennis
4100 Retreat Rd
Louisville, KY 40219

Jetton Evans Hadley
1353 Bellshire Terrace Dr
Nashville, TN 37207

Jauwone Evans
353 Bellshire Terrace Dr
Nashville, TN 37207

Barbara Vanlier
*Address Unknown*

Rochelle Vanlier Anderson
4390 Enchanted Cr
Nashville, TN 37218

Joseph Bowen
*Address Unknown*

John Bell
*Address Unknown*

Norma Chavers
*Address Unknown*

Joy A. Jordan
4989 Countryside Dr
Lyndhurst, OH 44124

Martin Jordan
22232 Byron Rd
Shaker Height, OH 44122

Michael W. Jordan
3116 S Mill Ave, Suite 605
Tempe, AZ 85282

Chester Bernard Mixon
2251 S Massachusetts Ave
Naperville, IL 60565

Clifford G. Mixon
3070 Allegheny Ave, Apt B
Columbus, OH 43209

Claudette Yvonne Williams
59315 Craig Rd
Cambridge, OH 43725